**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Hussein Ali YASSINE, also known
as Mike Yassine, Defendant–
Appellant.**

No. 13–50919
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 10, 2014.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Richard Ellsworth Wetzel, Austin, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Hussein Ali Yassine has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Yassine has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Yassine's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appel-

late review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.